# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TAYLOR BOALS**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #182537*

v.　　　　　　　　**CASE NO. 2:23-CV-00244-BSM-JJV**

**CONNIE HUBBARD,** *et al.*　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 7] is adopted. Taylor Boals is allowed to proceed with his Eighth Amendment inadequate medical care claim and pendent state law medical malpractice claim against Connie Hubbard. All claims against defendants Christopher Budnilk, Tasha Griffen, and William Freeman are dismissed without prejudice because Boals has not pled any plausible claims against them. It is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 12th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE