IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TAYLOR BOALS**  PLAINTIFF
*ADC #182537*

v.  CASE NO. 2:23-CV-00244-BSM

**CONNIE HUBBARD, Nurse Practitioner,**
**Delta Regional Unit, ADC**  DEFENDANT

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 20] is adopted, and Connie Hubbard's motion for summary judgment [Doc. No. 12] is granted. Additionally, Taylor Boals's motion to order the Arkansas Department of Corrections ("ADC") to move him or Hubbard to another ADC unit [Doc. No. 21] is denied because he has not established his entitlement to the extraordinary remedy of injunctive relief in this situation. *See Goff v. Harper*, 60 F.3d 518, 520 (8th Cir. 1995) ("[I]n the prison context, a request for injunctive relief must always be viewed with great caution because judicial restraint is especially called for in dealing with the complex and intractable problems of prison administration."); *see also Cates v. Ciccone*, 422 F.2d 926, 928 (8th Cir. 1970) ("The district courts cannot become a forum to enjoin prison authorities for alleged negligence in rendering medical care to prisoners under the guise of habeas corpus or in any other action seeking injunctive relief."). Moreover, Boals's motion to compel discovery [Doc. No. 22] is denied because summary judgment has now been granted. All claims against Hubbard are dismissed without prejudice, and the clerk is

directed to close this case. It is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

    IT IS SO ORDERED this 15th day of March, 2024.

                                                                                                      UNITED STATES DISTRICT JUDGE