IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TAYLOR BOALS**  **PLAINTIFF**
*ADC #182537*

v.   CASE NO. 2:23-CV-00244-BSM

**CONNIE HUBBARD, Nurse Practitioner,**
**Delta Regional Unit, ADC**   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE